UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD WILLIAMS                                         CIVIL ACTION

VERSUS                                                  NO: 06-8716

LOUISIANA SUPREME COURT                                 SECTION: "K"(5)

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** there will be judgment herein in favor of defendant, Louisiana Supreme Court, and against plaintiff, Donald Williams, **DISMISSING WITH PREJUDICE** plaintiff's claims as legally frivolous and/or for failure to state a claim under 28 U.S.C.§ 1915(e)(2).

New Orleans, Louisiana, on this __9th__ day of March, 2007.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**